UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. CR-05-2124-LRS |
| v. | **ORDER DENYING DEFENDANT'S MOTION TO DISMISS** |
| RODRIGO VERA JARA, | |
| Defendant. | |

For the reasons stated orally on the record, **IT IS HEREBY ORDERED,** Defendant's Motion to Dismiss Indictment (Ct. Rec. 22) is **DENIED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to all counsel.

**DATED** this ___13th___ day of March, 2006.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

ORDER. . . - 1